# United States Court of Appeals
## For the First Circuit

No. 06-2410

DEBORAH GALARNEAU,

Plaintiff, Appellee,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on October 12, 2007 is amended as follows:

On page 13, line 21: Replace "February 6, 2005" with "February 6, 2004."

On page 33, second line of the block quote: Replace "In think under 408" with "I think under 408."